IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

FILED
DEC 30 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CASE NO. 4:19 mj 195 |
| | ) COURT DATE: JANUARY 15, 2020 |
| ERIC S. DELINE, II | ) |

CRIMINAL INFORMATION

CHARGE ONE

(Misdemeanor) Ticket No. 7025115

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 24, 2019, at Langley Air Force Base, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, ERIC S. DELINE, II, did intentionally steal or purloin, or knowingly convert to her use or use of another, property of the Unites States Army and Air Force Base Exchange Service, to wit: merchandise valued at an amount less than $1000. (In violation of Title 18, United States Code 641).

G. ZACHARY TERWILLIGER
United States Attorney

BY: _____
Jeremy M. Skinner
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 225-8512
Email: jeremy.skinner@us.af.mil

## CERTIFICATE OF SERVICE

I, Jeremy M. Skinner, hereby certify that on December 30, 2019, I caused a true and correct copy of the foregoing criminal information to be mailed to the defendant, ERIC S. DELINE, II.

G. ZACHARY TERWILLIGER
United States Attorney

BY: _____
Jeremy M. Skinner
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 225-8512
Email: jeremy.skinner@us.af.mil